**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ROBERT RAY CHISM**                                                                          **PLAINTIFF**

**VS.**                              **NO. 2:07-CV-00150 (JTR)**

**NEW HOLLAND NORTH AMERICA, INC.,
NOW KNOWN AS CNH AMERICA LLC**                                                  **DEFENDANTS**

**BILL OF COSTS**

Judgment having been entered in the above entitled action on March 15, 2010, against the plaintiff Robert Ray Chism, the Clerk is requested to tax the following as costs[1]:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00
          Notice of Removal                              $350.00

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

Fees for printed or electronically recorded transcripts necessarily obtained
for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12,040.14

|  | Transcription | Video |
|---|---|---|
| Arthur Adams and Robert Ray Chism | $853.01 | $964.31 |
| Gerald Harris | $1,364.06 | $545.33 |
| Gary Krutz | $567.44 | $550.00 |
| Russ Marhefka | $624.70 | $150.00 |
| Edward "Skip" Martin | $514.80 | N/A |
| Kevin Sevart | $1,092.25 | $1,031.24 |
| C. J. Walden | $649.20 | $427.00 |
| George Wood | $167.05 | $100.00 |
| John Merritt | $644.10 | $300.00 |
| Cecil Sudbrock | $202.35 | Combined w/ Merritt |
| Ron McAllister | $963.30 | $330.00 |
|  | $7,642.26 | $4,397.88 |

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

Fees for witnesses (itemized on page 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,462.28

Fees for exemplification and the costs of making copies of any materials
where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . $2,805.00
          Trial exhibits and blow-ups                              $2,805.00

---

[1]     Supporting documentation for all costs is attached as collective Exhibit "A."

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

Compensation of interpreters and costs of interpretation services under 28 U.S.C. 1828 . . . N/A

Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

                                                                                                               TOTAL       $18,657.42

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Louis A. Etoch<br>Louis Etoch Law Firm<br>727 Cherry Street<br>P.O. Box 100<br>Helena, AR 72342 | Douglas H. Morris<br>Lea A. Player<br>Morris & Player PLLC<br>1211 Herr Lane, Suite 205<br>Louisville, KY 40222 |

      Signature of Attorney:  /s/ John V. Phelps

      Name of Attorney:      John V. Phelps

For:      CNH America LLC                                         Date:   March 23, 2010

## TAXATION OF COSTS

Costs are taxed in the amount of _____ and included in the judgment.

| | By: | |
|---|---|---|
| Clerk of the Court | Deputy Clerk | Date |

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE Days | Total Cost | SUBSISTENCE Days | Total Cost | MILEAGE Miles | Total Cost | Total Cost Each Witness |
| Arthur Adams; Helena, Arkansas | 1 day | $40.00 | n/a | n/a | | $30.00 | $70.00 |
| William H. Burke; West Palm Beach, Florida<br>Airfare                $1,522.00 | 2 days @ $40 per day | $80.00 | 2 days | $162.00 | n/a | n/a | $1,764.00 |
| Ron McAllister; Racine, Wisconsin<br>Airfare              $_TBD_ | 7 days @ $40 per day | $280.00 | 7 days | $742.00 | tbd | tbd | $1,022.00 |
| Russ Marhefka; Peachtree City, Georgia<br>Airfare                $337.28 | 2 days @ $40 per day | $80.00 | 2 days | $162.00 | 54 | $27.00 | $606.28 |

**NOTICE**

**Section 1994, Title 28, U.S.. Code (effective September 1, 1948) provides:**
"Sec. 1924.  Verification of bill of cost."
        "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
        "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
        Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party.  But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law.  The clerk may tax costs on 14 day's notice.  On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**
(d) Additional Time After Certain Kinds of Service.
        When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost of Fee Awards:

        Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees.  But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.