```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT009276
Cashier ID: japige
Transaction Date: 12/07/2007
Payer Name: WOMACK LANDIS PHELPS
------------------------------------
CIVIL FILING FEE
  For: WOMACK LANDIS PHELPS
  Case/Party: D-ARE-2-07-CV-000150-001
  Amount:      $350.00
------------------------------------
CHECK
  Check/Money Order Num: 40631
  Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:       $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```

*Chism v. CNA America*

**EXHIBIT**

A

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
(501) 372-5115   Fax (501) 378-0077

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 102807 | 05/07/2008 | 01-50309 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/23/2008 | BENNJE | 207CV00150JL |

| CASE CAPTION |
|---|
| Robert Ray Chism v. New Holland North America Inc. et al |

| TERMS |
|---|
| Due upon receipt |

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
301 West Washington
Jonesboro, AR 72403

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Arthur Adams
                                                                        75.65

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Robert Chism
        Appearance Fee                                                 449.45
        Ascii & Condensed                                              160.00
        Color Copies                                                    35.00
        Mileage                  5.00 Pages @        1.00/Page           5.00
        Postage                                                        122.21
                                                                         5.70

                                TOTAL   DUE   >>>>                      853.01

TAX ID NO. :                                    (870) 932-0900   Fax (870) 932-2553

*Please detach bottom portion and return with payment.*

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
301 West Washington
Jonesboro, AR 72403

                                        Invoice No.:  102807
                                        Date       :  05/07/2008
                                        TOTAL DUE  :     853.01

                                        Job No.   :  01-50309
                                        Case No.  :  207CV00150JLH
                                        Robert Ray Chism v. New Holland Nort

Remit To:   BUSHMAN COURT REPORTING
            620 W. Third Street
            P.O. Box 2734
            LITTLE ROCK, AR 72203-2734

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
(501) 372-5115   Fax (501) 378-0077

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 102798 | 05/06/2008 | 01-49987 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/23/2008 | HALLTO | 207CV00150JL |

| CASE CAPTION |
|---|
| Robert Ray Chism v. New Holland North America Inc. et al |

| TERMS |
|---|
| Due upon receipt |

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
301 West Washington
Jonesboro, AR 72403

| | | | |
|---|---|---|---|
| Video Set Up (2 hr min) | | | 210.00 |
| Video-Hourly Appearance | 1.50 Hours @ | 60.00/Hour | 90.00 |
| Production for DVD | 3.50 Hours @ | 50.00/Hour | 175.00 |
| Prod. for DVD; 1/2 price | 10.50 Hours @ | 25.00/Hour | 262.50 |
| Mileage | | | 122.21 |
| Travel Time | 4.00 @ | 25.00 | 100.00 |
| Postage | | | 4.60 |

TOTAL   DUE   >>>>        964.31

Deponents are Robert Ray Chism and Arthur Lee Adams.
Mr. Phelps provided copy of DVDs to Louis Etoch.

TAX ID NO. :                                    (870) 932-0900    Fax (870) 932-2553

*Please detach bottom portion and return with payment.*

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
301 West Washington
Jonesboro, AR 72403

Invoice No.: 102798
Date       : 05/06/2008
TOTAL DUE  :    964.31

Job No.    : 01-49987
Case No.   : 207CV00150JLH
Robert Ray Chism v. New Holland Nort

Remit To:    BUSHMAN COURT REPORTING
             620 W. Third Street
             P.O. Box 2734
             LITTLE ROCK, AR 72203-2734

# INVOICE



**GRAMANN**
REPORTING

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169902 | 2/9/2009 | 87061 |

| Job Date | Case No. |
|---|---|
| 2/3/2009 | 2:07CV00150 (JLH) |

| Case Name |
|---|
| Chism v. New Holland North America, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. John V. Phelps
Womack, Landis, Phelps & McNeill, P.A.
301 West Washington
P.O. Box 3077
Jonesboro, AR 72401

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:



| | | | |
|---|---|---|---|
| Gerald F. Harris, Ph.D. | 188.00 | Pages | 1,090.40 |
| Half Day Appearance | | | 60.00 |
| eTranscript File | | | 15.00 |
| Errata Request | | | 15.00 |
| Exhibit Copies | 441.00 | Pages | 110.25 |
| CD | | | 10.00 |
| FedEx | | | 48.96 |
| Postage | | | 9.45 |
| Handling | | | 5.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,364.06** |
| AFTER 3/21/2009 PAY | $1,432.26 |

Complimentary TEXT and PDF files e-mailed on the date of this invoice.
eTranscript file sent on the date of the invoice.
Page rates include expedite charge.
Exhibit copy charges include copies made at the deposition.
Additional postage charge is for later delivery of original transcript after witness signature process.
FedEx charge includes cost to send documents on 02.03.09.

Your business is appreciated!  Thank you.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mr. John V. Phelps
Womack, Landis, Phelps & McNeill, P.A.
301 West Washington
P.O. Box 3077
Jonesboro, AR 72401

Invoice No.    :  169902
Invoice Date  :  2/9/2009
**Total Due**    :  **$ 1,364.06**
AFTER 3/21/2009 PAY  $1,432.26

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee, WI 53203**

Job No.    :  87061
BU ID      :  1-MAIN
Case No.   :  2:07CV00150 (JLH)
Case Name  :  Chism v. New Holland North America, Inc.,
              et al.

# *Ryker*
# *Lyle*

### Legal Video Service, Inc.

To:

Mr. John V. Phelps
Womack, Landis, Phelps & McNeill
PO Box 3077
Jonesboro, AR 72403

**Date:** February 10, 2008

**Invoice Number:** 7 1 7 8

**Tax ID Number:**

Re:

The video portion of the deposition of Gerald Harris
Robert Chism vs. New Holland North America nka/CNH America
US District Court Eastern District of Arkansas - Eastern Division - Case #2:07CV00150 (JLH)
February 3, 2009

The original DVDs will be sent to Mr. Phelps

~~Ryker & Lyle has a DVD duplicate as a backup~~

**Net 30 days/1.5% per month**

Please make payable to: **Ryker & Lyle Legal Video Service, Inc.**
P.O. Box 308 • Pewaukee, WI 53072 • (262) 538-2200 • Fax: (262) 538-2201

| | |
|---|---|
| 02/03/2009 - scheduled start time 9:00 a.m. | |
| Equipment setup, breakdown, travel (Parking $6) | $ 131.00 |
| 9:00 a.m. - 1:05 p.m. | 408.33 |
| Shipping & handling | 6.00 |
| Subtotal | 545.33 |
| Tax | --.-- |

Technician:   Jenell Klovas

Total Due:   Out of state        $ 545.33

Wm.F. DANIELS, d/b/a
ACCURATE REPORTING OF INDIANA
12922 BRIGHTON AVENUE
CARMEL, INDIANA  46032
(317) 848-0088 5
TAX ID NO.


I N V O I C E


January 24, 2009


PLEASE REFERENCE INVOICE NO. 5467


TO:    Mr. John V. Phelps
       Womack Landis Phelps & McNeill, PA
       Century Center
       301 W Washington
       PO Box 3077
       Jonesboro, AR   72403


IN RE: Robert Ray Chism v. New Holland North
America, Inc., now known as CNH America, LLC

For reporting, transcribing, and later filing with
you the original deposition of Dr. Gary W. Krutz
taken in Lafayette Indiana on 1/23/09
Transcript 367.44
Appearance 150
Sigt and filing 20
Delivery 10
Etran 20


       TOTAL AMOUNT DUE UPON RECEIPT: $567.44


       One and 1/2 percent service charge
             if paid After 30 days

       THANK YOU, Margie Addington

To: MR. JOHN PHELPS

@ WOMACK, LANDE, PHELPS, MCNEILL

CENTURY CENTER   301 W. WASHINGTON
(1-870-338-2900)

JONESBORO ARKANSAS 72401
"EAGLE"

From:  WALSH VIDEO
6218 Kingsley Drive
Indianapolis IN 46220
317.251.3851

**INVOICE**                                 TOTAL DUE $ 550—

Deposition of ___GARY KRUTZ___
On 1-23-09  At 9:00 (am) pm  Assignment # 09-004
Location  10  4TH ST. LAFAYETTE IN.

Case  CHISM  vs.  CNH AMERICA
Court USDC EAST DIST  State AR Number 2:07-CV-00150

Video by  JOE WALSH  Court Reporter AC-MARGIE
Hours: 8:30  (am) pm to 12:30  am pm
Total: 4.0 hours @ $ 95— per hour = $ 380 + DRIVE = $530
Cross begins @ 11:45 AM  Copies = $  40 per
S/H $  20—  Original media: DVD
Copies for: (MPEG1 DVD)  LEA PLAYER  MPEG1 = $ 140
Parking: $ ___  Media: — @ $ — per

Start 9:34 AM
Stop 11:55 AM
Tape 1 3(F) 1:31
     2 5(T) :25
     3 _____
     4 _____
     5 _____
     6 _____

Invoice date 1-26-09
(MD) JCW 38450 (PE) (PI)

Walsh Video
ssn:
walshvid@netdirect.net
NCRA certified video spec.

Notes: 2.5 HOURS DRIVE @ $60 HR = $150

# JPA Reporting, LLC

1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309
Phone: (404) 853-1811    Fax: (404) 853-3414

Job #: 081118AMU
Job Date: 11/18/2008
Order Date: 11/18/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 8612 |
| Inv.Date: | 12/15/2008 |
| Balance: | $624.70 |

**Bill To:**
Jeffrey W. Puryear, Esq
Womack, Landis, Phelps & McNeill
Century Center
301 W. Washington
Jonesboro, AR 72403

Action: **Robert Ray Chism**
vs
**CNH America, LLC**
Action #: 2:07CV00150(JLH)
Rep: AMU
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Russell Marhefka | Copy of Transcript | $624.70 |

**Comments:**

THANK YOU FOR YOUR BUSINESS

| | |
|---|---|
| Sub Total | $624.70 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $624.70 |
| Payment | $0.00 |
| Balance Due | $624.70 |

Federal Tax I.D.:                    Terms: Net 10 Days @1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Jeffrey W. Puryear, Esq
Womack, Landis, Phelps & McNeill
Century Center
301 W. Washington
Jonesboro, AR 72403

**Deliver To:**
Jeffrey W. Puryear, Esq
Womack, Landis, Phelps & McNeill
Century Center
301 W. Washington
Jonesboro, AR 72403

# Invoice

JPA Reporting, LLC
1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309

Phone: (404) 853-1811
Fax: (404) 853-3414

| | |
|---|---|
| Invoice #: | 8612 |
| Inv.Date: | 12/15/2008 |
| Balance: | $624.70 |
| Job #: | 081118AMU |
| Job Date: | 11/18/2008 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# JPA Reporting, LLC

1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309

Phone: (404) 853-1811     Fax: (404) 853-3414

Job #: 081118AWM
Job Date: 11/18/2008
Order Date: 11/18/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| Invoice #: | 8615 |
| Inv.Date: | 12/15/2008 |
| Balance: | $150.00 |

**Bill To:**
Jeffrey W. Puryear, Esq
Womack, Landis, Phelps & McNeill
Century Center
301 W. Washington
Jonesboro, AR 72403

**Action:** Robert Ray Chism
*vs*
CNH America, LLC
**Action #:** 2:07CV00150(JLH)
**Rep:** AWM
**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Russell Marhefka | Video/DVD Copy | $150.00 |

**Comments:**

THANK YOU FOR YOUR BUSINESS

| | |
|---|---|
| Sub Total | $150.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $150.00 |
| Payment | $0.00 |
| Balance Due | $150.00 |

Federal Tax I.D.: .     Terms: Net 10 Days @1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Jeffrey W. Puryear, Esq
Womack, Landis, Phelps & McNeill
Century Center
301 W. Washington
Jonesboro, AR 72403

**Deliver To:**
Jeffrey W. Puryear, Esq
Womack, Landis, Phelps & McNeill
Century Center
301 W. Washington
Jonesboro, AR 72403

# Invoice

Phone: (404) 853-1811
Fax: (404) 853-3414

JPA Reporting, LLC
1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309

Invoice #: 8615
Inv.Date: 12/15/2008
Balance: $150.00
Job #: 081118AWM
Job Date: 11/18/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# MORROW & ASSOCIATES

# INVOICE

(901)528-1168
FAX (901)528-1167
www.morrowandassociates.com

*Court Reporters*

BRINKLEY PLAZA
80 MONROE  SUITE 610
MEMPHIS, TENNESSEE 38103

Mr. Jeff Puryear
WOMACK, LANDIS, PHELPS & McNEILL
Century Center
301 West Washington
Jonesboro, AR   72403

Invoice #
37443

|            | Client | Job# |
|------------|--------|------|
| 03/16/2009 | 4731   |      |

Re: Chism   vs.   CNH America
Assignment Date: February 27, 2008

Deposition of Edward "Skip" Martin

| | | |
|---|---|---|
| Original Transcript | 105.0  Pages | 367.50 |
| Attendance Half Day | | 100.00 |
| Condensit Transcript | | 25.00 |
| Condensit Transcript | | -25.00 |
| E-Transcript | | 35.00 |
| Exhibits | | 0.30 |
| Oath(s) | | 4.00 |
| Postage/Processing | | 10.00 |

```
                                         ==========
                    Total Amount  $         516.80
Interest At A Rate Of 1.50% After 30 Days  $           0.00
              Less Paid To Date  $           0.00
                    Total due  $         516.80
```

514.80 per penny

Reporter:  Julie Toney White

Thank you for your business.  Due upon receipt.
Please include invoice number with payment.

Please Make Checks Payable To:
Morrow & Associates
Federal Tax Id#:



# I N V O I C E

*Kelley, York & Associates, Ltd.*
*Court Reporting with a Difference*
200 N. Broadway, Suite 220
Wichita, KS 67202
(316) 267-8200
Toll Free 1-800-654-8684

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 4943 | 06/12/2008 | 01-3194 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/10/2008 | BJG | 2:07CV00150 |
| **CASE CAPTION** | | |
| Chism vs New Holland North America, Inc. | | |
| **TERMS** | | |
| Net 30 | | |

J.V. Phelps
WOMACK LANDIS PHELPS MCNEILL & MCDANIEL
301 W WASHINGTON AVE
JONESBORO, AR 72401-2778



ORIGINAL AND 2 COPIES OF DEPOSITION OF:
   Kevin B. Sevart, P.E.                                        1,092.25
                                                      _____
                              TOTAL   DUE   >>>>       1,092.25

TAX ID NO. :                                    (870) 932-0900

*Please detach bottom portion and return with payment.*

J.V. Phelps
WOMACK LANDIS PHELPS MCNEILL & MCDANIEL
301 W WASHINGTON AVE
JONESBORO, AR 72401-2778

Invoice No.:  4943
Date       :  06/12/2008
TOTAL DUE  :   1,092.25

Job No.   :  01-3194
Case No.  :  2:07CV00150
Chism vs New Holland North America,

Remit To:   KELLEY, YORK & ASSOCIATES, LTD.
              200 N BROADWAY ST STE 220
              WICHITA, KS 67202-2324

Advanced Document Imaging

200 N. Broadway Street, Suite 220
Wichita, KS  67202

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2008 | 2003 |

**Bill To**

Womack Landis Phelps McNeill
John V. Phelps
Century Center
301 W. Washington
Jonesboro, AR  72403

| Terms | Project |
|-------|---------|
|       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Chism v New Holland 2:07CV00150 | | | |
| Videotaping Service-Kevin Sevart | 5.5 | 100.00 | 550.00 |
| Capture miniDV into mpeg format | 4 | 20.00 | 80.00 |
| VIDEO SYNC | 4 | 30.00 | 120.00 |
| DVDs | | 35.00 | 35.00 |
| Postage & Delivery | | 5.26 | 5.26 |

| | |
|---|---|
| Total | $790.26 |
| Payments/Credits | $0.00 |
| **Balance Due** | $790.26 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (316)267-0800 | (316)267-9382 | doropesa@kelleyyork.com |

Advanced Document Imaging

200 N. Broadway Street, Suite 220
Wichita, KS  67202

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2008 | 2030 |

| Bill To |
|---------|
| Womack Landis Phelps McNeill<br>John V. Phelps<br>Century Center<br>301 W. Washington<br>Jonesboro, AR  72403 |

| Terms | Project |
|-------|---------|
|       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Chism v New Holland 2:07CV00150-Kevin Sevart 6/10/08 | | | |
| Capture miniDV into mpeg format | 4 | 20.00 | 80.00 |
| VIDEO SYNC | 4 | 30.00 | 120.00 |
| DVDs | | 35.00 | 35.00 |
| Postage & Delivery | 1 | 5.98 | 5.98 |

| | |
|-----------------|---------|
| **Total** | $240.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $240.98 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (316)267-0800 | (316)267-9382 | doropesa@kelleyyork.com |

# INVOICE

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
Phone:501-372-5115    Fax:501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106732 | 3/2/2009 | 53657 |

| Job Date | Case No. |
|---|---|
| 2/17/2009 | 207CV00150JLH |

| Case Name |
|---|
| Robert Ray Chism v. New Holland North America Inc. et al |

| Payment Terms |
|---|
| Due upon receipt |

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
P. O. Box 3077
301 West Washington
Jonesboro, AR 72403

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| C.J. Walden | | | | 531.10 |
| Exhibit | 10.00 Pages | @ | 0.25 | 2.50 |
| Appearance Fee (Minimum) | | | 75.00 | 75.00 |
| E-transcript | | | 35.00 | 35.00 |
| Postage | | | 5.60 | 5.60 |

TOTAL DUE  >>>                      $649.20

Thank you. We appreciate your business.

**Tax ID:**                                          Phone: 870-932-0900    Fax:870-932-2553

*Please detach bottom portion and return with payment.*

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
P. O. Box 3077
301 West Washington
Jonesboro, AR 72403

Invoice No.   :  106732
Invoice Date  :  3/2/2009
**Total Due**    :  **$ 649.20**

Remit To: **BUSHMAN COURT REPORTING**
**620 W. Third Street**
**P.O. Box 2734**
**LITTLE ROCK, AR 72203-2734**

Job No.     :  53657
BU ID       :  1-MAIN
Case No.    :  207CV00150JLH
Case Name   :  Robert Ray Chism v. New Holland North America Inc. et al

# I N V O I C E

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
Phone:501-372-5115   Fax:501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106630 | 2/23/2009 | 53594 |

| Job Date | Case No. | |
|---|---|---|
| 2/17/2009 | 2O7CV00150JLH | |

| Case Name | | |
|---|---|---|
| Robert Ray Chism v. New Holland North America Inc. et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
P. O. Box 3077
301 West Washington
Jonesboro, AR 72403

| | | | | |
|---|---|---|---|---|
| C.J. Walden | | | | 0.00 |
| Videographer Set Up (2 hr min) | | | 210.00 | 210.00 |
| Videographer Hourly Appearnce | | | 60.00 | 60.00 |
| Production for MPEG | 3.00 Hours | @ | 50.00 | 150.00 |
| Postage | | | 7.00 | 7.00 |
| | | TOTAL DUE  >>> | | $427.00 |

Thank you.  We appreciate your business.

Tax ID:                                                    Phone: 870-932-0900   Fax:870-932-2553

*Please detach bottom portion and return with payment.*

John V. Phelps
Womack, Landis, Phelps, McNeill & McDaniel
P. O. Box 3077
301 West Washington
Jonesboro, AR 72403

Invoice No.   :  106630
Invoice Date  :  2/23/2009
**Total Due**     :  **$ 427.00**

Remit To: **BUSHMAN COURT REPORTING**
          **620 W. Third Street**
          **P.O. Box 2734**
          **LITTLE ROCK, AR 72203-2734**

Job No.    :  53594
BU ID      :  1-MAIN
Case No.   :  207CV00150JLH
Case Name  :  Robert Ray Chism v. New Holland North
              America Inc. et al

# MORROW & ASSOCIATES

*Court Reporters*

**BRINKLEY PLAZA**
80 MONROE SUITE 610
MEMPHIS, TENNESSEE 38103

# INVOICE

(901)528-1168
FAX (901)528-1167
www.morrowandassociates.com

Mr. Jeff Puryear
WOMACK, LANDIS, PHELPS & McNEILL
Century Center
301 West Washington
Jonesboro, AR  72403

Invoice #
37351

| | Client | Job# |
|---|---|---|
| 02/19/2009 | 4731 | |

Re: Chism   vs.   CNH
Assignment Date: February 13, 2009        Client Ref. #: 2:07CV00150JH

Deposition of Dr. George W. Wood

| | | | |
|---|---|---|---|
| Transcript Copy | 69.0 | Pages | 141.45 |
| Condensit & Disk | | | 35.00 |
| Condensit & Disk | | | -35.00 |
| Exhibits | | | 15.60 |
| Postage/Processing | | | 10.00 |

```
                                              ==========
                         Total Amount $     167.05
     Interest At A Rate Of 1.50% After 30 Days $       0.00
                    Less Paid To Date $       0.00
                           Total due $     167.05
```

Reporter:  Anne C. Perry
Exhibit #3 not attached.

Thank you for your business.  Due upon receipt.
Please include invoice number with payment.

Please Make Checks Payable To:
Morrow & Associates
Federal Tax Id#:

Video South   [Billing Office]

# Invoice

P.O. Box 835
Batesville, MS 38606
----

TAX ID NO. IS 94-3460783

| Date | Invoice # |
|------|-----------|
| 12/9/2009 | 4595 |

| Bill To |
|---------|
| Womack,Landis,Phelps,<br>McNeil & McDaniel<br>301 W. Washington<br>P.O. Box 3077<br>Jonesboro, AR 72403 |

| Description | Amount |
|-------------|--------|
| Deposition Duplicate-One Tape/DVD/MPEG:  2-13-09 DR. GEORGE WOODS | 100.00 |
| Shipping/Handling Expense: EXPEDITED DELIVERY | 65.00 |

TAX ID NUMBER IS
SERVICES.

THANK YOU FOR THE OPPORTUNITY TO PROVIDE

**Total**                    $165.00

Sargent's Court Reporting, Inc.
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908
Fax: 814-539-7579

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 716945 | 2/27/2009 | 8601 |

| Job Date | Case No. | |
|---|---|---|
| 2/11/2009 | 2:07CV00150(JLH) | |

| Case Name | | |
|---|---|---|
| Robert Ray Chism v. CHN America LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Accepting:

John Phelps, Esquire
Womack, Landis, Phleps & McNelli
301 West Washington
Century Center
Jonesboro, AR 72401

| | | |
|---|---|---|
| John Merrit | | 300.00 |
|     DVD Conversion Fee | 7.00 Hours | |
|     DVD Copy | 3.00 Disks | |
| Cecil Sudbrock | | |
| | **TOTAL DUE >>>** | **$300.00** |

DVDs to be released upon receipt of payment

PAID

View Invoices and Transcripts Online at www.sargents.com

SERVICE - PARTNERSHIP - CUSTOMIZATION

Tax ID:

Sargent's Court Reporting Service, Inc.
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908
Fax: 814-539-7579

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 716947 | 2/27/2009 | 8602 |

| Job Date | Case No. |
|---|---|
| 2/12/2009 | 2:07CV00150(JLH) |

| Case Name |
|---|
| Robert Ray Chism v. CHN America LLC |

| Payment Terms |
|---|
| Due upon receipt |

Accepting: 

John Phelps, Esquire
Womack, Landis, Phelps & McNeill
301 West Washington
Century Center
Jonesboro, AR 72401

| | | | 330.00 |
|---|---|---|---|
| Ron McAllister | | | |
| DVD Dubbing Fee | 7.00 Hours | | |
| DVD Copy | 4.00 Disks | | |
| | **TOTAL DUE >>>** | | **$330.00** |

DVDs to be released upon receipt of payment



PAID

View Invoices and Transcripts Online at www.sargents.com

SERVICE - PARTNERSHIP - CUSTOMIZATION

Tax ID:

Sargent's Court Reporting Service, Inc.
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908
Fax: 814-539-7579

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715830 | 3/3/2009 | 8603 |

| Job Date | Case No. |
|---|---|
| 2/12/2009 | 2:07CV00150(JLH) |

| Case Name |
|---|
| Robert Ray Chism v. CHN America LLC |

| Payment Terms |
|---|
| Due upon receipt |

John Phelps, Esquire
Womack, Landis, Phleps & McNeill
301 West Washington
Century Center
Jonesboro, AR 72401

Accepting:  

Certified Transcript
    Ronald McAllister

Not waived

Transcript to be released upon receipt of payment

Fax: 870-932-2553

Transcript requested via email only

963.30

TOTAL DUE >>>        $963.30



View Invoices and Transcripts Online at www.sargents.com

SERVICE - PARTNERSHIP - CUSTOMIZATION

Tax ID:

Sargent's Court Reporting
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908
Fax: 814-539-7579

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715890 | 3/4/2009 | 8600 |

| Job Date | Case No. | |
|---|---|---|
| 2/11/2009 | 2:07CV00150(JLH) | |

| Case Name | |
|---|---|
| Robert Ray Chism v. CHN America LLC | |

| Payment Terms |
|---|
| Due upon receipt |

Accepting:     

John Phelps, Esquire
Womack, Landis, Phelps & McNeill
301 West Washington
Century Center
Jonesboro, AR 72401

Certified Transcript
    John Merritt                               644.10

Certified Transcript
    Cecil Sudbrack                            202.35

**TOTAL DUE >>>**         **$846.45**

Signatures not waived

Transcripts to be released upon receipt of payment

Requested via email only

Fax 870-932-2553



PAID

View Invoices and Transcripts Online at www.sargents.com

SERVICE - PARTNERSHIP - CUSTOMIZATION

Tax ID:

**WOMACK, LANDIS, PHELPS & MCNEILL**

VENDOR: Arthur Adams

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | CHECK NO. 46299 |
|---|---|---|---|---|---|
| 53049 | sbc | 03/17/2010 | 70.00 | 70.00 | DISCOUNT TAKEN |

Case/Chism v CNH

46299

William H. Burke & Associates, Inc.

Noble's Island #7
500 Market Street
Portsmouth, NH 03801

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/16/2010 | 4444 |

| BILL TO: | ALTERNATE BILL TO: |
|----------|--------------------|
| Womack,Landis,Phelps & Mc Neill<br>John V Phelps<br>P.O. Box 3077<br>Joneboro, AR 72403 | |

| TERMS | REP. | TAX ID# | CASE |
|-------|------|---------|------|
| Net 30 | WB | | CHISM, Ray |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 3/14/2010 | Testimony Prep. & Travel | 10.9 | 300.00 | 3,270.00 |
| | Expense: Airfare | | 1,522.00 | 1,522.00 |
| | Expense: Car Rental | | 128.69 | 128.69 |
| | Expense: Hotel | | 87.86 | 87.86 |
| | Expense: Parking | | 30.00 | 30.00 |
| 3/15/2010 | Testimony & Travel | 12 | 300.00 | 3,600.00 |
| | Retainer Applied | | -3,500.00 | -3,500.00 |

Please reference Invoice # and Injured Persons Name.
We are now accepting Visa/MC/Amex for Payments.

**Total**  $5,138.55

**MARHEFKA & ASSOCIATES**
P. O. Box 3014, 126 Colonnade Drive
Peachtree City, Georgia 30269

**(770) 487-3837**

**FAX (770) 487-3858**

March 19, 2010

Mr. Jeffrey W. Puryear
Womack, Landis, Phelps & McNeill
Attorneys at Law
Century Center
301 West Washington
P.O. Box 3077
Jonesboro, AR 72403

## STATEMENT NO. 2445

### EMPLOYER ID#

File Opened 2/22/08

RE: Chism v. New Holland North America

Billing 2/26/10 through 3/13/10

## PROFESSIONAL SERVICES:

Russell E. Marhefka

Additional initial file review.  Preparation/Trial.  Trial Appearance.  Trial Attendance.
Travel Time.  Scheduling.  Meeting.

    22.6 hrs.@ $295.00/hr.             $ 6,667.00

Administrative/Research Assistant

| **EXPENSES:** | **Travel Expenses Week ending 3/13/2010** | |
|---|---|---|
| | Airfare | $ 337.28 |
| Telephone   $  3.80 | Personal Auto | $   45.00 |
| | Rental Cars | $ 258.42 |
| | Meals | $   51.05 |
| | Lodging | $ 186.91 |
| | Tips | $    4.00 |
| | Gas | $   22.86 |
| | | $ 909.32 |

                           **TOTAL   $ 7,576.32**

# Invoice

**Invoice Number: 1505**
**Date: March 22nd, 2010**

Susan O'Donnell
TrialExhibits, LLC
4820 Crystal Spring Drive
Racine, WI 53406
ph: 262-613-1007
email: sodonnell@trialexhibits.com

Litigation Graphics     Litigation Support

To:  Womack Landis Phelps McNeil & McDaniel
     Attn.  Kasey Quach
     301 Washington Avenue
     Jonesboro, AR  72401

Ship to (if different address):

RE:   R.R. Chism  vs.  Case New Holland   Trial  March 2010 /   J.V. Phelps /  J. Puryear

| Consultant | Client No. | DATE SHIPPED | SHIPPED VIA | F.O.B. | TERMS |
|---|---|---|---|---|---|
| SMO | 1505-10 | | Fed Ex | | 25 DAYS - 1.5%/30 |

Litigation Support     Litigation Graphics

| Hours | DESCRIPTION | FEE PER HR | TOTAL |
|---|---|---|---|
| .2 | <u>Jan. 29, 2010</u><br>Emails JVP regarding status of case – trial strategy(s). | 100.00 | |
| 1.5 | <u>February 4, 2010</u><br>Receipt and review of CNH Operator Manual.  Extract color cover and selective pages.  Same incorporated to Manual graphics. | | |
| 6.5 | Receipt and review of Aherin DVD with photos and video.  Review of same. Capture stills from videos.  Create graphic depictions of Aherin video juxtaposed with Adams, Chism testimony and warning labels.  Incorporate same to .ppt format and .pdf format.  Discussions with J. Puryear regarding same.<br>Revise summary chart of exhaustive list of references to" ...before leaving the tractor..." incorporate icons of manuals, labels, pages. | | |
| 3.8 | <u>February  5, 2010</u><br>Preparation for and teleconference with JVP regarding draft exhibits.  Discuss suggested edits. Create trial exhibit reference table with descriptions and identifying suggested media.  Revisions to selective graphics.  Same emailed to WLPMlaw.com. | | |
| 4.5 | <u>February 8, 2010</u><br>Receipt and review of JVP notes regarding Tractor and Baler Operator manual graphics.  Revisions to same.  Receipt of additional Chism testimony excerpts page 55.  Create graphic depiction of same.  Same forwarded to WLPMlaw.com. Revisions to Adams testimony.  Revise chart and table.  Forward via mail - DVD of potential exhibit incorporating audio and video to .ppt and/or .pdf formats. | | |
| 4.0 | <u>February 16, 2010</u><br>Revisions to Aherin video graphics.  Update reference table.<br>Near final drafts of all exhibits forwarded to WLPMlaw for review. | | |
| 1.5 | <u>February 17, 2010</u><br>Emails J. Puryear regarding format of exhibits.  Individual .pdf files for each including embedded video and audio to .pdf. | | |
| .5 | <u>March 2, 2010</u><br>Receipt of request for additional enlargements relative to damages.<br>Same formatted, enlarged and printed. | | |
| 22.5  hours | | | 2,250.00 |

| Color photo gloss digital enlargements mounted to 3/16" gatorboard or ¼" foam : | | |
|---|---|---|
| Cost | Description | Graphic Image |
| 165.00 | 36 x48 MF4360 Tractor Manual Pages 66, 67 Operation - PTO |  |
| 165.00 | 36x48 MF4360 Tractor Manual Page 13, 15, 16, 17 Safety Notes |  |
| 210.00 | 32x50 Introduction to MF4360 Tractor Manual Page 20 label in cab, right pillar.  Aherin still photos of actual Tractor cab and tractor label |  |
| 190.00 | 36x48 Baler Op Manual Page 0-6; Aherin photo of label; still capture photo of tractor and baler from CNH video |  |
| 150.00 | 30x40 Baler Op Manual Section 2 Operation – Miscellaneous **Unplugging the Baler Page 2-37** |  |
| 150.00 | 30x40 Baler Op Manual Schematic and MF4360 Tractor Op Manual schematic -- Chism actions 1-6 |  |
| 150.00 | 30 x40 Baler Op Manual Schematic of Internal Parts Figure 1-13 – JVP interactive exhibit to assess Chism familiarity with rotating parts/repairs |  |
| 250.00 | 36 x58 Summary Chart –Selective References from Tractor Manual and Baler Manual relative to disengaging PTO and stopping engine before leaving the operator's position. |  |
| 165.00 | 36 x 48 Adams Testimony Pages 5-7 |  |

1

| | | |
|---|---|---|
| 165.00 | 36 x 48 Adams Testimony Pages 5-7, 10. Tractor manual page 32. |  |
| 165.00 | 36 x 48 Adams Testimony Page 112. Tractor manual page 32. |  |
| 165.00 | 36 x 48 Chism Testimony Pages 60-61;63;56-57. Tractor manual page 32 and photos of tractor and baler. |  |
| 75.00 | 20 x 24 Tractor still photo from CNH Video |  |
| 75.00 | 20 x 24 Baler still photo from CNH Video |  |
| 150.00 | 30x40 Damages Expert Itemization 1 | |
| 150.00 | 30x40 Damages Expert Itemization 2 | |
| 75.00 | 30x40 Photo Baler | |
| 110.00 | **24 x 28 Still capture of the Aherin Video – Baler with Tractor label excerpt and Baler label – items 2; 5** |  |
| **$2,805** | **19 Total Graphic Enlargements** | |

2

| | |
|---|---|
| Format [19] graphics to enlarged sizes, rastorize, mount. | 120.00 |
| Rewritable DVD | 10.00 |
| [19] Photo gloss digital enlargements mounted to 3/16" gator board and or ¼" foam board: | 2,805.00 |

| | |
|---|---|
| Subtotal | 5,185.00 |
| Tax | 156.00 |
| TOTAL DUE | $5,341.00 |

**Check Payable to:** Susan O'Donnell  TrialExhibits.com, LLC     EIN :

Thank You For Your Business!